No. 03–8878 (03A699). IN RE HOPKINS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 03–8874 (03A697). HOPKINS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 13, 2004

No. 03–812. FUNG WING LEE ET AL. v. BMCY, INC., ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

FEBRUARY 17, 2004

No. 03A693. GHEREBI v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. Application for an order that applicant be permitted a visit from counsel and/or be provided information about his case, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 03–8910 (03A708). IN RE WILLINGHAM. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

FEBRUARY 20, 2004

No. 03–1027. RUMSFELD, SECRETARY OF DEFENSE v. PADILLA ET AL. C. A. 2d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 17, 2004. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 2004. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel